FILED
2013 Feb-22  PM 05:02
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

CARL LEE HYATT, JR.            )
                              )
    vs.                        )      Case No. 4:11-cv-08040-VEH-HGD
                              )
UNITED STATES OF AMERICA       )

## **MEMORANDUM OPINION**

On January 30, 2013, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge.  To date, neither petitioner nor respondent have filed objections.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby ADOPTS the report of the magistrate judge.  The court further ACCEPTS the recommendations of the magistrate judge that the Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 be denied.

A separate order in conformity with this Memorandum Opinion will be entered contemporaneously herewith.

DONE this 22nd day of February, 2013.

**VIRGINIA EMERSON HOPKINS**
United States District Judge